NUMBER 13-18-00131-CV



# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PORT CITY IMPORTS, INC. D/B/A AUTONATION     Appellants,
HONDA SOUTH CORPUS CHRISTI; AN CORPUS
CHRISTI CHEVROLET, LP, CORPUS CHRISTI, LP;
AN MOTORS ON SOUTH PADRE, LP, AN MOTORS
ON SOUTH PADRE F/K/A AN CORPUS CHRISTI
CHEVROLET, LP,

**v.**

ARACELIA HINOJOSA,     Appellee.

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Benavides
### Memorandum Opinion by Justice Benavides

Appellants, Port City Imports, Inc. d/b/a AutoNation Honda South Corpus Christi;

AN Corpus Christi Chevrolet, LP, Corpus Christi, LP; AN Motors on South Padre, LP, AN

Motors on South Padre f/k/a AN Corpus Christi Chevrolet, LP, perfected an appeal from a judgment entered by the County Court at Law No. 4 of Nueces County, Texas, in cause number 2015CCV-61538-4. The parties have filed a joint motion to dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
20th day of September, 2018.